UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-CR-394-D-21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.      ) | ORDER |
| ) | |
| FRANCISCO ODALIS PEREZ ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 590 (First Motion to Continuance Sentencing Hearing) be sealed until further notice by this Court.

This 12 day of May, 2022.

JAMES C. DEVER III
United States District Judge