UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-CR-394-D-21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| FRANCISCO ODALIS PEREZ ) | |
| ) | |

The Court, having considered Defendant's Motion to Continue the Sentencing Hearing, HEREBY ORDERS that the motion is GRANTED. Sentencing in this case shall be reset by notice to a future criminal session.

THIS __11__ day of August, 2022.

HONORABLE JAMES C. DEVER III
United States District Judge