UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-CR-394-D-21

UNITED STATES OF AMERICA, )
)
v. ) ORDER TO SEAL
) (DE 803)
FRANCISCO ODALIS PEREZ )
_____ )

Upon the motion of the defendant and for good cause shown, it is hereby

ordered that DE 803 (Third Motion to Continuance Sentencing Hearing) be

sealed until further notice by this Court.

This __13__ day of _September_, 2022.

_____
JAMES C. DEVER III
United States District Judge