UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:21-CR-394-D-21

UNITED STATES OF AMERICA, )
)
vs. ) ORDER CONTINUING
) SENTENCING HEARING
FRANCISCO ODALIS PEREZ )
)

The Court, having considered Defendant's Motion to Continue the

Sentencing Hearing, HEREBY ORDERS that the motion is GRANTED.

to December 2022

Sentencing in this case shall be reset ~~by notice to a future criminal session.~~

THIS __23__ day of __September__, 2022.

Dover

JAMES C. DEVER III
United States District Judge